# JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MONACO BAZZO, | Case No. EDCV 16-01403-CJC (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| D. ASUNCION, Pro Tem Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 15, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE